Nov. Term,
1858.

HOLSINGER
v.
ROBINSON.

---

HOLSINGER *v.* ROBINSON.

APPEAL from the *Lagrange* Circuit Court.

*Per Curiam.*—Suit by the appellee against the appel-
lant on two notes, and judgment by default.

Process appears to have been duly served on the defend-
ant, and the proceedings appear to have been regular. We
see no error whatever in the case; but if there had been, it

*Wednesday,*
*January 5.*
1859.

Nov. Term, 1858.

has already been decided by this Court that a motion to set aside the default should have preceded an appeal to this Court, in order to present for the decision of this Court any question arising on the record.   *Blair* v. *Davis*, 9 Ind. R. 236.

The judgment is affirmed, with 10 per cent. damages and costs.

*J. M. Flagg*, for the appellant.